In the Matter of DIANE K. MASON-CRIMI, Appellant, v MICHAEL J. CRIMI, SR., Respondent. (Appeal No. 2.) [942 NYS2d 922]—Appeal from an order of the Family Court, Erie County (Debra L. Givens, A.J.), entered September 14, 2010 in a proceeding pursuant to Family Court Act article 6. The order, insofar as appealed from, did not sanction respondent for an alleged violation of a prior order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Mason-Crimi v Crimi* (94 AD3d 1572 [ 2012]). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.